UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-00075-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JAMES DAVID RATLIFF (2) | ) | |

**THIS MATTER** is before the Court on its own motion.

The Court held a final supervised release revocation hearing on August 11, 2021. Upon the defendant's admission that he violated various conditions, the Court imposed twenty-four months' imprisonment followed by one year's supervised release, both terms to be served consecutively to the sentence imposed in Case Number 3:20-cr-310. (Doc. No. 424: Judgment at 2-3). However, terms of supervised release must be served concurrently. 18 U.S.C. § 3624(e); USSG §5G1.2 cmt. n.2(C).

**IT IS, THEREFORE, ORDERED** that the defendant's supervised release term is modified to be served concurrently with term of supervised release in Case Number 3:20-cr-310.

The Clerk is directed to certify copies of this order to the defendant, to the United States Attorney, and the United States Probation Office.

Signed: August 8, 2022

Robert J. Conrad, Jr.
United States District Judge